FILED

OCT 06 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| ) | |
| Plaintiff, ) | (1:06-MG-246 LJO) |
| ) | |
| v. ) | |
| ) | ORDER STAYING MAGISTRATE'S ORDER |
| LUCKY BOISSIERE, ) | RELEASING DEFENDANTS ON BOND |
| ) | PENDING HEARING ON THE |
| ) | GOVERNMENT'S MOTION FOR |
| Defendant. ) | REVOCATION HEARING, AND ORDER |
| ) | SETTING HEARING |

   Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

   IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

   IT IS FURTHER ORDERED that the hearing on the government's motion be set for ____ _____, 2006 at _____ _.m.

Dated: October __6__, 2006            _____
                                       Honorable

2